■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS SAMS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered January 7, 1985, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK SANFORD, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (O'Brien, J.), rendered April 10, 1984, convicting him of assault in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have considered the defendant's contentions and find them to be without merit. Brown, J. P., Rubin, Kooper and Sullivan, JJ., concur.